**Robert J. MacLEAN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2011–3231.

United States Court of Appeals, Federal Circuit.

Oct. 31, 2011.

Michael Goodman, Department of Justice, Washington, DC, for Respondent.

Lawrence A. Berger, Mahon & Berger, Glen Cove, NY, Thomas M. Devine, Government Accountability Project, Washington, DC, for Petitioner.

ORDER

The order of dismissal and the mandate dated October 28, 2011, 460 Fed.Appx. 926, 2011 WL 7447347, having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.